UNITED STATES of America, Plaintiff-Appellee,

v.

Anthony Torell TATUM, a/k/a Anthony Tatum, a/k/a Brandon Ross, a/k/a Short Dog, Defendant-Appellant.

No. 16-7712

United States Court of Appeals, Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Anthony Torell Tatum, Appellant Pro Se.

Deborah A. Johnston, Assistant United States Attorney, Thomas Patrick Windom, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Torell Tatum appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tatum, No. 8:13-cr-00492-DKC-1, 2016 WL 6582651 (D. Md. Nov. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED